# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

————————

No. 05-2121

————————

Stacy A. Grant,                                             *
                                                            *
            Appellant,                                      *     Appeal from the United States
      v.                                                    *     District Court for the
                                                            *     District of Nebraska.
United States of America,                                   *
                                                            *     [UNPUBLISHED]
            Appellee.                                       *

————————

Submitted: December 12, 2005
Filed:  December 28, 2005

————————

Before MELLOY, COLLOTON, and BENTON, Circuit Judges.

————————

PER CURIAM.

       Stacy Allen Grant appeals the sentence of 18 months for his violations of supervised release, emphasizing the advisory guidelines range of 4 to 10 months under U.S.S.G § 7B1.4.  This court reviews the reasonableness of the district court's[1] sentence. *See United States v. Tyson*, 413 F.3d 824, 825 (8th Cir. 2005) (per curiam). Having carefully reviewed the record and applicable law in this case, this court concludes that the sentence is reasonable, and no error of law appears.  AFFIRMED. *See* 8th Cir. R. 47B.

————————————————————

————————————

[1]The Honorable Thomas M. Shanahan, United States District Judge for the District of Nebraska.